# LEBAU & NEUWORTH, LLC

**ATTORNEYS AT LAW**
606 BALTIMORE AVENUE - SUITE 201
BALTIMORE, MARYLAND 21204
TEL. 410.296.3030
Fax. 410.296.8660

Stephen B. Lebau
Richard P. Neuworth
Anna L. Jefferson
Mary Ann Ryan, of Counsel

Baltimore City
301 N. Charles Street - Suite 900
Baltimore, Maryland 21201
Tel. 410.296.3030

Prince George's County
906 Montgomery Street
Laurel, Maryland 20707
Tel. 301.725.7440

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 NOV -7  A 10: 38

November 2, 2000

BY FACSIMILE AND REGULAR MAIL
The Honorable William Nickerson
United States District Court for the
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE: Emala et.al. v Honeywell International Inc.
Case Number WMN-00-2749

Dear Judge Nickerson:

The parties have conferred with regard to your scheduling Order in the above-captioned case.

The parties need additional time to decide whether or not to have an early settlement conference. Accordingly, we are requesting an additional 30 days to report back to you on this matter.

The parties are jointly requesting 40 hours of deposition time per side.

If Plaintiffs decide to file a Motion for Class Certification, the parties are requesting that no cap be placed on the deposition time.

Please contact all counsel if you have further questions.

Very truly yours,

Richard P. Neuworth

Cc: William Delany, Esq.

*APPROVED 11/7/00 WMN*