Leonard Emala et.al., **Plaintiff(s)**
vs.
Honeywell International Inc. et al.

**Defendant(s)**

FEE PAID   WMN-00CV2749
Civil Action )
FEE NOT PAID

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Stanley Mazaroff__ Esquire a member of the Bar of this court, moves the admission of __Martha Jo Wagner__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Honeywell International Inc., AlliedSignal Retiree Medical Plan and AlliedSignal Salaried Employees Pension Plan__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __District of Columbia, State of Georgia and Commonwealth of Pennsylvania (inactive status)__

and/or the following United States Court(s): __*SEE LIST BELOW__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

**EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT**

Revised 6/98

* US District Court for the District of Columbia, US District Court for the Western District of Pennsylvania, US District Court of Appeals for the Third Circuit, and the US District Court for the Northern District of Georgia.

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____, Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| 1800 Merchantile Bank & Trust Bldg. | 1201 New York Ave., NW, Suite 1000 |
| Address 2 Hopkins Plaza | Address |
| Baltimore, MD 21201 | Washington, DC 20005 |
| 410/244-7650 | 202/962-4002 |
| Office phone number | Office phone number |
| 410/244-7742 | 202/962-8300 |
| Fax number | Fax number |
| 00507 | |
| Md. U.S. District Court Number | |

**ORDER**

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

___11/27/00___                    ___[signature]___
Dated                             Judge, U.S. District Court