IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| LEONARD EMALA, MARILYN WRIGHT, and MAURICE WRIGHT, | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN-00-2749 |
| HONEYWELL INTERNATIONAL INC. | * | |
| and | * | |
| ALLIEDSIGNAL SALARIED EMPLOYEES PENSION PLAN, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Stanley Mazaroff, Esquire's <u>Motion for Admission *Pro Hac Vice*</u> of Mark S. Dichter, IT IS HEREBY ORDERED that said:

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

__11/27/00__
Dated

__William M. Nickerson__
William M. Nickerson
Judge, U.S. District Court