IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

LEONARD EMALA,
MARILYN WRIGHT, and                *
MAURICE WRIGHT,
                                   *
       Plaintiffs,
                                   *
           v.                          Civil Action No. WMN-00-2749
                                   *
HONEYWELL INTERNATIONAL
   INC.                            *

       and                         *

ALLIEDSIGNAL SALARIED              *
   EMPLOYEES PENSION PLAN,
                                   *
       Defendants.
*     *     *     *     *     *     *     *     *     *     *     *

## ORDER

Upon consideration of Stanley Mazaroff, Esquire's <u>Motion for Admission *Pro Hac Vice*</u> of William J. Delany, IT IS HEREBY ORDERED that said:

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

__11/27/00__
Dated

__[signature]__
William M. Nickerson
Judge, U.S. District Court

1-PH:1307251.2