UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| LEONARD EMALA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC., *et al.*,<br><br>Defendants. | Civil Action No. WMN-00-2749 |

## ORDER

Having considered defendants' Motion to Extend Time, and noting that plaintiffs do not oppose this Motion, it is, for good cause shown, this _____31st_____ day of January 2001:

ORDERED that defendants' Motion be, and the same hereby is, GRANTED; and it is further

ORDERED that the date by which defendants shall file their Response to plaintiffs' Motion for Partial Summary Judgment as to Liability and Damages on the Reporting and Disclosure Claims be, and the same hereby is, EXTENDED to February 5, 2001.

_____
United States District Judge