IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

LEONARD EMALA, et al.,

        Plaintiffs,

v.

HONEYWELL INTERNATIONAL INC., et al.,

        Defendants.

Civil Action No. WMN-00-2749

## JOINT STIPULATION FOR EXTENSION OF TIME

Counsel for Defendants Honeywell International Inc. and AlliedSignal Salaried Employees Pension Plan (collectively the "Honeywell Defendants") agree to an extension of time for Plaintiffs to respond to the Honeywell Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment as to Liability and Damages on the Reporting and Disclosure Act Claims.

"  APPROVED  " THIS 13th DAY
OF February, 2001
_____
UNITED STATES DISTRICT JUDGE

Pursuant to this agreement, Plaintiffs shall respond to the above-referenced pleadings on or before March 23, 2001.

|  |  |
|---|---|
| /s/ Richard P. Neuworth<br>Richard P. Neuworth<br>LEBAU & NEUWORTH, LLC<br>606 Baltimore Avenue<br>Suite 201<br>Baltimore, Maryland 21204<br>(410) 296-3030<br><br>Attorneys for Plaintiffs | Respectfully submitted,<br><br>/s/ Paul Mallos<br>Russell Gardner (Federal Bar No. 40)<br>Paul Mallos (Federal Bar No. 25528)<br>PIPER MARBURY RUDNICK & WOLFE LLP<br>6225 Smith Avenue<br>Baltimore, Maryland 21209-3600<br>(410) 580-4154<br><br>Mark S. Dichter (PA Bar No. 04399)<br>Michael L. Banks (PA Bar No. 35052)<br>William J. Delany (PA Bar No. 74864)<br>Thomas H. McDonough (PA Bar No. 83032)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103-2921<br>(215) 963-5291/5387/5066/5960<br><br>Attorneys for Defendants<br>Honeywell International Inc. and<br>AlliedSignal Salaried Employees Pension Plan |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Joint Stipulation for Extension of Time was served via U.S. Mail, first class, postage pre-paid, this 12th day of February, 2001, to the following:

>Charles R. Bacharach, Esquire
>Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
>233 East Redwood Street
>Baltimore, Maryland 21202
>
>Attorneys for Raytheon Corporation

Paul A. Mallos