IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

Leonard Emala et.al.
Plaintiffs                              *
                                        *
                                        *
v.                                      *      Civil Action No: WMN-00-2749
                                        *
Honeywell International
Inc. et.al.                             *
    Defendants
*    *    *    *    *    *    *    *    *    *    *

ORDER

It is this 20th day of March, 2001, ORDERED, ADJUDGED AND DECREED:

Plaintiffs' Motion to Extend Time to File A Reply Brief concerning pending Motions involving Count 1 is granted:

Plaintiffs will File such briefs by April 3, 2001.

_____
U.S. District Judge