IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| LEONARD EMALA, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN-00-2749 (MBG) |
| HONEYWELL INTERNATIONAL INC., et al., | * | |
| | * | |
| Defendants. | * | |

**ORDER**

AND NOW, this  28th  day of  March , 2001, upon the Joint Motion of Plaintiffs and the Defendants Honeywell International Inc. and the AlliedSignal Salaried Employees Pension Plan, it is hereby ORDERED that the instant Motion is GRANTED.

It is further ORDERED that the deadlines set forth in the Court's Order of October 19, 2000 are extended ninety (90) days.

By the Court:

_____
William M. Nickerson, U.S.D.J

