IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| LEONARD EMALA, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN-00-2749 (MBG) |
| HONEYWELL INTERNATIONAL INC., et al., | * | |
| | * | |
| Defendants. | * | |

# O R D E R

AND NOW, this 7th day of June, 2001, upon consideration of the Joint Stipulation of Plaintiffs and the Defendants Honeywell International Inc. and the AlliedSignal Salaried Employees Pension Plan, it is hereby ORDERED that the instant Joint Stipulation is APPROVED.

It is further ORDERED that the deadlines set forth in the Court's Order of March 28, 2001 are extended ninety (90) days.

By the Court:

_____
William M. Nickerson, U.S.D.J