1701 Market Street
Philadelphia, PA 19103-2921
215.963.5000
Fax: 215-963-5299

RECEIVED
JUL 26 2001
JUDGE WILLIAM M. NICKERSON

# Morgan, Lewis & Bockius LLP
COUNSELORS AT LAW

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 JUL 26  P 3: 20

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 JUL 27  P 2: 54

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

William Delany
215.963.5066
wdelany@morganlewis.com

July 25, 2001

**Via Federal Express**

The Honorable William M. Nickerson
United States District Court for the
   District of Maryland
United States Courthouse
101 West Lombard Street, 3rd Floor
Baltimore, MD 21201

RE:   Mason, et al. v. Honeywell International Inc., et al.
       Civil Action No. WMN-00-562;
       Emala v. Honeywell International Inc., et al.
       Civil Action No. WMN-00-2749

Dear Judge Nickerson:

Plaintiffs in the Mason and Emala lawsuits filed Motions for Summary Judgment on their ERISA Reporting and Disclosure Act Claims. The parties have conducted additional discovery and exchanged information since originally briefing the issues before the Court. Accordingly, Plaintiffs and the Honeywell Defendants respectfully request that the Court grant them leave to file supplemental briefs on the pending Motions on or before August 16, 2001, and that the Court further grant the parties until on or before September 6, 2001 to file response memoranda to the supplemental briefs.

"  APPROVED  " THIS 27th DAY
OF     July      , 20____
_____
UNITED STATES DISTRICT JUDGE

Philadelphia   Washington   New York   Los Angeles   Miami   Harrisburg   Pittsburgh   Princeton
London   Brussels   Frankfurt   Tokyo

The Honorable William M. Nickerson
July 25, 2001
Page 2

Morgan, Lewis
& Bockius LLP

Should the Court have any questions, or wish to discuss this matter with the parties further, we remain available.

Respectfully,

William J. Delany

\tp

cc:   Richard P. Neuworth, Esquire
      Charles R. Bacharach, Esquire
      Russell Gardner, Esquire