IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

**Leonard Emala et.al.**
Plaintiffs

v.

**Honeywell International Inc. et.al.**
Defendants

Civil Action No: WMN-00-2749

\* \* \* \* \* \* \* \* \* \* \*

ORDER

It is this __5th__ day of __October__ 2001, ORDERED, ADJUDGED AND DECREED:

The joint Motion to Extend Time for filing a supplemental briefs and a proposed order regarding attorneys fees and costs on Count One is granted:

Plaintiffs will file a supplemental brief by October 30, 2001.

Defendant will file a reply brief by November 28, 2001.

_/s/_
U.S. District Judge