FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 13 P 2: 35

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| LEONARD EMALA, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN-00-2749 (MBG) |
| HONEYWELL INTERNATIONAL INC., et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

AND NOW, this ___13th___ day of ___June___, 2002, pursuant to the Joint Stipulation of Plaintiffs and the Defendants Honeywell International Inc. and the AlliedSignal Salaried Employees Pension Plan, it is hereby ORDERED that the instant Joint Stipulation is APPROVED.

It is further ORDERED that the deadline set forth in the Court's Order of May 30, 2002 shall be extended to July 15, 2002.

By the Court:

_____
William M. Nickerson, U.S.D.J.