IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEONARD EMALA, et al.          :
                               :
v.                             :   Civil Action WMN-00-2749
                               :
HONEYWELL INT. INC., et al.    :

ORDER

It having been brought to this Court's attention that, because the settlement of the instant case is contingent on the settlement of Civil Action No. WMN-02-562, a related class action lawsuit, IT IS this 30th day of September, 2002, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That the September 3, 2002 order dismissing the case (Paper No. 64) is hereby VACATED;

2. That the instant action is reopened at the request of the Plaintiffs for the purpose of settlement; and

3. That the Clerk of the Court shall mail or transmit copies of this order to all counsel of record.

William M. Nickerson
Senior United States District Judge