IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **Leonard Emala et. al.** | * | |
| | * | |
| PLAINTIFFS | * | |
| | * | |
| v. | * | Civil Action No: WMN-00-2749 |
| | * | |
| **Honeywell International Inc. et. al.** | * | |
| | * | |
| DEFENDANTS | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**REVISED STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Leonard Emala, Marilyn Wright and Maurice Wright and Defendants Honeywell International Inc. et. al., through their attorneys, hereby stipulate to dismiss the above-captioned case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

_____
Richard P. Neuworth
Lebau & Neuworth, LLC
606 Baltimore Avenue #201
Baltimore, Maryland 21209
(410) 296-3030

Attorneys for Plaintiffs

_____
Russell Gardner
Paul Mallos
Piper Rudnick
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

Mark S. Dichter
Michael L. Banks
William J. Delany
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5299

Attorneys for Defendants

APPROVED this 5th DAY OF February, 03